**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | § § § § | |
| **Plaintiff** | § § | **CASE NO. 6:10-CV-490** |
| **vs.** | § § § | |
| **MURPHY HEALTHCARE III, LLC.** | § § | |
| **Defendant** | § | |

**ORDER**

On March 30, 2011, this Court entered a Consent Decree, which ostensibly resolved the parties' dispute. The duration of the Consent Decree is three years from the date of its filing with the Court, and during this period the Court retains jurisdiction over the action. Since that time however there have been no filings in the case. Accordingly, the Court **ORDERS** the Clerk of the Court to administratively close the above-captioned case.

**So ORDERED and SIGNED this 11th day of January, 2013.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**